FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0005233
09-SEP-2016
11:54 AM**

NO. CAAP-13-0005233

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
DAT MINH TRAN, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 95-0-002471)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion of the court, filed on July 14, 2016, is hereby corrected as follows:

1.     The word "Eight" should be replaced with "Eighth" in the following places in the Opinion:

     a.     Page 2, in the first line.

     b.     Page 2, in the fifteenth line.

     c.     Page 6, in the twenty-third line.

     d.     Page 7, in the first line of footnote 4.

     e.     Page 13, in the eighteenth line.

2.     On page 6, in the fourteenth line, the reference to "HRS § 706-565(1) (1993)" should be replaced with "HRS § 706-656(1) (1993)".

---

[1] Nakamura, Chief Judge, and Foley and Leonard, JJ.

3. On page 7, in the first line of footnote 4, the reference to "ane" should be replaced with "and" so that as corrected, the text reads: ". . . cruel and unusual . . . ."

4. On page 14, at the end of the fifth line of footnote 6, the word "to" should be inserted after "able" so that as corrected, the text reads: ". . . be able to challenge . . . ."

5. On page 14, in the sixth line of footnote 6, the words "or her" should be inserted after "his" so that as corrected, the text reads: ". . . challenge his or her sentence . . . . ."

6. On page 15, in the twelfth line, the word "a" should be inserted after "for" and the word "offenders" should be replaced with "offender" so that as corrected, the text reads: ". . . for a juvenile offender . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, September 9, 2016.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

2